# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### Case Number 5:16-CV-00140-RLV-DSC

| | |
|---|---|
| Marilyn Deal,  )<br>　　　　　Plaintiff,  )<br>　　　　　　　　　　)<br>　　Vs.  　　　　　)<br>　　　　　　　　　　)<br>Tabatha Mullis  )<br>Trinity Hope Associates, LLC  )<br>Does 1-5  )<br>　　　　　Defendants  )<br>　　　　　　　　　　) | **ENTRY OF DEFAULT** |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Trinity Hope Associates, LLC.

IT APPEARING TO THE COURT that the named Trinity Hope Associates, LLC is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Trinity Hope Associates, LLC.

September 22, 2016

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court