UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **MARILYN DEAL,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:16-cv-00140-RLV |
| **TRINITY HOPE ASSOCIATES, LLC;** <br> **TABATHA MULLIS;** <br> **and DOE 1-5,** | ) |
| Defendants. | ) |

### NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT

Plaintiff MARILYN DEAL, through her counsel, hereby notifies the Court that she intends to continue prosecuting her case by filing a Motion for Default Judgment by December 13, 2016.

November 28, 2016

        s/ Java o. Warren\_\_\_
        JAVA O. WARREN
        Attorney for Plaintiff MARILYN DEAL
        (Of Counsel for Centennial Law Offices)
        4919 Albemarle Rd
        Charlotte, NC 28205
        (704)568-8439
        Warr2131@bellsouth.net

## CERTIFICATE OF SERVICE

    I certify that on this date, November 28, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to ECF registered parties. Pursuant to FRCP 5(a)(2), no service is required on a party who is in default for failing to appear.

                              s/ Java o. Warren
                              JAVA O. WARREN
                              Attorney for Plaintiff MARILYN DEAL
                              (Of Counsel for Centennial Law Offices)
                              4919 Albemarle Rd
                              Charlotte, NC 28205
                              (704)568-8439
                              Warr2131@bellsouth.net