UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **MARILYN DEAL,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:16-cv-00140-RLV |
| **TRINITY HOPE ASSOCIATES, LLC;** | ) |
| **TABATHA MULLIS;** | ) |
| and **DOE 1-5,** | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DOE 1-5

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the action only as against Defendants DOE 1-5. Plaintiff will proceed with the action against defendants TRINITY HOPE ASSOCIATES, LLC and TABATHA MULLIS.

January 24, 2017

s/ Java O. Warren
JAVA O. WARREN
Attorney for Plaintiff MARILYN DEAL
(Of Counsel for Centennial Law Offices)
4919 Albemarle Rd
Charlotte, NC 28205
(704)568-8439
Warr2131@bellsouth.net

# CERTIFICATE OF SERVICE

I certify that on this date, January 24, 2017, I caused a copy of the foregoing to be mailed,

First Class U.S. Mail, to the following parties:

TRINITY HOPE ASSOCIATES, LLC
103 FAIRWAY AVENUE
HUDSON NC 28638-2437

TABATHA MULLIS
103 FAIRWAY AVENUE
HUDSON NC 28638-2437

                                              s/ Java O. Warren
                                              JAVA O. WARREN
                                              Attorney for Plaintiff MARILYN DEAL
                                              (Of Counsel for Centennial Law Offices)
                                              4919 Albemarle Rd
                                              Charlotte, NC 28205
                                              (704)568-8439
                                              Warr2131@bellsouth.net