# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Marilyn Deal, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00140-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Tabatha Mullis | ) | |
| Trinity Hope Associates, LLC, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 17, 2017 Order.

July 17, 2017

_____
Frank G. Johns, Clerk
United States District Court